## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN, )
SA'ADOUN ALSA'ARY a/k/a AHMED )
OMAR, )
                     )
            Petitioner, )     Civil Action No. 09-0745 (RCL)
    v. )
                     )
BARACK OBAMA, *et al.*, )
                     )
          Respondents. )

**FILED**

**SEP - 1 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

[~~PROPOSED~~] ORDER

This matter coming before the Court on Petitioner's Status Report/Unopposed Motion to Continue Stay, and having considered the entire record, the Court finds that the motion should be GRANTED.

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report no later than November 1, 2011. It is further

**ORDERED** that Petitioner's Unopposed Motion to Continue Stay is GRANTED. It is further

**ORDERED** that this case is STAYED indefinitely. It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect during the period of the stay. It is further

**ORDERED** that the parties may move the Court to lift the stay provided the moving party gives the non-moving party written notice the (10) days prior to the date of filing the motion.

Date:    8/30/11

_____
UNITED STATES DISTRICT JUDGE